JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN LOUIS LOWERY, JR., | ) Case No. CV 20-3373-ODW (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| CITY OF LOS ANGELES et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action for Failure to Prosecute and Denying Defendant's Motion to Dismiss as Moot, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 26, 2020

_____
OTIS D. WRIGHT II
U.S. DISTRICT JUDGE